JUSTIN M. BAXTER
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorney for Plaintiffs Breniser and Thurber

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JERRY BRENISER and GALE THURBER, | Case No. 07-CV-1418-HU |
| Plaintiffs, | PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., a foreign corporation, | |
| Defendant. | |

    Plaintiffs Jerry Breniser and Gale Thurber submit the following motion for summary judgment pursuant to Fed. R. Civ. P. 56.

    Counsel for plaintiffs certifies that he has conferred with the corporate representative for defendant Western Recreational Vehicles, Inc., (hereinafter "WRV"), during the recent

Page 1 - PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

conference call with the Court prior to the filing of these motions, and issues raised herein remain.

Plaintiffs seek this Court's order entering judgment as set forth in plaintiffs' claims for relief, against defendant. Defendant has reported to the Court, through its representative, that defendant is no longer in business and does not intend to continue to defend in this case. Defendant has not retained an attorney to appear on its behalf in this case. Defendant has not participated in discovery in this case.

Accordingly, plaintiffs seek entitled to summary judgment. Plaintiffs' motion is supported by the declarations, exhibits, points and authorities filed herewith.

DATED this 23rd day of September, 2008.

/s/ Justin M. Baxter
_____
Justin M. Baxter, OSB #99217
justin@baxterlaw.com
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiffs Breniser and Thurber

Page 2 - PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing PLAINTIFFS'

MOTION FOR SUMMARY JUDGMENT on:

Philip Von Bourg
142 West 57th St., Suite 1700
New York, NY 10019

    Corporate Representative for Defendant Western Recreational Vehicles, Inc.

    [X]  Via First Class Mail

    [ ]  Via Facsimile

    [ ]  Via Hand Delivery

    [X]  Electronic Delivery to pvonburg@mcpfunds.com

DATED this 23rd day of September, 2008.

                                    /s/ Justin M. Baxter
                                    _____
                                    Justin M. Baxter, OSB #99217
                                    justin@baxterlaw.com
                                    Telephone (503) 297-9031
                                    Facsimile (503) 291-9172
                                    Attorneys for Plaintiffs Breniser and Thurber